JUNE 15, 1959.

No. 813, Misc. IN RE DISBARMENT OF ALKER. IT IS ORDERED that Harry J. Alker, Jr., of Norristown, Pennsylvania, be suspended from the practice of the law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of the law in this Court.

(See also No. 378, ante, p. 287.)

No. 784. PETITE v. UNITED STATES. C. A. 4th Cir. Certiorari granted. Edward Bennett Williams for petitioner. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg and Jerome M. Feit for the United States.

No. 895. FEDERAL TRADE COMMISSION v. HENRY BROCH & Co. C. A. 7th Cir. Certiorari granted. Solicitor General Rankin, Earl W. Kintner and James E. Corkey for petitioner. Frederick M. Rowe for respondent.

No. 721, Misc. WYATT v. UNITED STATES. Motion for leave to proceed in forma pauperis and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg and Theodore George Gilinsky for the United States.

No. 882. MORGENSTERN CHEMICAL Co., INC., v. G. D. SEARLE & Co. C. A. 3d Cir. Certiorari denied. Copal Mintz for petitioner. Bernard M. Shanley for respondent.